IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALEXANDER BRINSON, | ) |
| Petitioner, | ) ) |
| v. | ) 2:06-CV-872-MEF |
| | )    WO |
| GINA SAVAGE, *et al.*, | ) ) |
| Respondents. | ) |

# **ORDER**

On October 2, 2006 (Doc. 4), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the petition for habeas corpus relief is denied and that the petition is dismissed without prejudice to afford the petitioner an opportunity to exhaust all available state court remedies.

Done this the 30th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE